# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| MARIA G. SOSA,<br><br>　　　　　　Plaintiff(s),<br>　　v.<br>BANKOF NEW YORK MELLON TRUST,<br><br>　　　　　　Defendant(s).<br>_____/ | No. C 12-00144 LB (MEJ)<br><br>**ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

This matter is scheduled for a settlement conference on June 19, 2012 at 10:00 a.m. Now before the Court is Defendant The Bank of New York Mellon Trust representative's request to allow he or she to appear by telephone at the conference. Good cause appearing, the request is GRANTED. However, Defendant is hereby advised that, should the case not settle and a further settlement conference be scheduled, he or she will be required to appear in person at the further settlement conference, and sanctions may be imposed for failure to comply.

The party appearing by phone shall contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the settlement conference.

**IT IS SO ORDERED.**

Dated: June 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge