<strong>United States District Court</strong><br/>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARIA G. SOSA, | No. C 12-00144 LB |
|     Plaintiff, | |
| v. | **CASE MANAGEMENT AND ORDER** |
| THE BANK OF NEW YORK TRUST COMPANY, N.A. and DOES 1 through 20, inclusive, | |
|     Defendants. | |
| _____/ | |

The court held a case management conference on August 9, 2012. Plaintiff apparently had an unforeseen situation and asked to appear by telephone but was not available when the court called. At the hearing, the Bank said that it did not object to the Court's granting Sosa's motion for voluntary dismissal under Rule 41(a)(2). Accordingly, the court dismisses the case without prejudice. This disposes of ECF No. 54.

The Bank's motion regarding the deposited funds remains noticed for September 20, 2012. Sosa shall file any opposition by August 23, 2012, and the optional reply is due by August 30, 2012.

**IT IS SO ORDERED**.

Dated: August 9, 2012



LAUREL BEELER
United States Magistrate Judge

ORDER
CV12-00144 LB