1

2

3

4

5

6

7

8            UNITED STATES  DISTRICT COURT

9                Northern District of California

10                   San Francisco Division

11   MARIA G. SOSA,                        No. C 12-00144 LB

12              Plaintiff,                 ORDER TO DISBURSE FUNDS
        v.
13
     BANKOF NEW YORK MELLON TRUST
14   Company, N.A.,

15              Defendant.
     _____/
16

17       On September 17, 2012, the court ordered the clerk of court to disburse the funds deposited by

18   Plaintiff. *See* Order, ECF No. 61.[1]  The docket indicated that Plaintiff had deposited only $12,000,

19   while Plaintiff claimed to have deposited $15,000 with the court.  *Id.*  Plaintiff provided the court

20   with a nearly illegible copy of the receipt that complicated efforts to verify the funds.  *See* ECF No.

21   59-5 at 6.  The court has now verified that Plaintiff deposited $15,000 with the clerk and ORDERS

22   the clerk of court to dispurse the funds.

23       **IT IS SO ORDERED.**

24   Dated: November 8, 2012

25                                    _____
                                      LAUREL BEELER
26                                    United States Magistrate Judge

27   _____

28       [1]  Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-
     generated page number at the top of the document.

     C 12-00144 LB

UNITED STATES DISTRICT COURT
For the Northern District of California